CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEWAYNE HILL,<br>Plaintiff, | Civil Action No. 7:08-cv-00065 |
| v. | **FINAL ORDER** |
| GENE JOHNSON, et. al.,<br>Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

as follows:

1. Plaintiff's motion to amend is **GRANTED** such that Mrs. Boyd is terminated as a defendant and Mrs. Stanford is added as a defendant;

2. The complaint as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) and 28 U.S.C. § 1367(c);

3. Plaintiff's motions for preliminary injunctive relief and appointment of counsel are **DENIED**, and his motion for in forma pauperis status is **DISMISSED** as moot; and

4. The case is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 19th day of February, 2007.

/s/ James C. Turk
Senior United States District Judge